| Prob 22 (Rev. 01/24) **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) 0419 3:21CR00059 001 |
|---|---|
| | 2:25-cr-00299-JCM-DJA-1 DOCKET NUMBER (Rec. Court) |
| **NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE:** Andrew Malcolm Lovett  1160 Crestline Lane Mesquite, NV  89034 | **DISTRICT** Western District of North Carolina |
| | **NAME OF SENTENCING JUDGE** The Hon. Kenneth D. Bell, U.S. District Court Judge |
| | **DATES OF PROBATION/ SUPERVISED RELEASE** — FROM 1/27/2025 — TO 1/26/2027 |

**OFFENSE**

**Count 1:** Securities Fraud in violation of 15 U.S.C. § 78j(b), 15 U.S.C. § 78ff, Not more than 20 years imprisonment/$5,000,000 fine, a Class C Felony.

**Count 2:** Transactional Money Laundering and Aiding and Abetting the Same, in violation of 18 U.S.C. § 1957(a) and 18 U.S.C. § 2, Not more than 10 years imprisonment/$250,000 fine or not more than twice the amount of the property involved, a Class C Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The following information originates from USPO Elijah Ray with the District of Nevada, Las Vegas Division. **Lovett** was released directly to the District of Nevada upon release from the Bureau of Prisons Custody. **Lovett** is currently unemployed and is receiving social security and maintains stable residency with his brother. **Lovett** has significant ties to the District of Nevada and has no intentions of returning to the Western District of North Carolina. The District of Nevada is respectfully requesting the jurisdiction of **Lovett's** case be transferred so that all further matters can be handled locally.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_9/11/25_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 26, 2025
Date

_James C. Mahan_
United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Andrew Malcolm Lovett

Case No.: **2:25-cr-00299-JCM-DJA-1**

REQUESTING ACCEPTANCE OF JURISDICTION

September 16, 2025

TO:     United States District Judge:

On October 26, 2021, Mr. Andrew Lovett was sentenced in the Western District of North Carolina to forty-two (42) months (as to each count, all such terms to run concurrent to each other) custody followed by two (2) years' (as to each count) Supervised Release for committing the offenses of Ct. 1 Security Fraud; Ct. 2 Transactional Money Laundering and Aiding and Abetting the Same. On January 27, 2025, Mr. Lovett commenced supervision in the District of Nevada.

Mr. Lovett has significant ties to our community and intends to remain in our district for the duration of supervision. To address matters that may require the Court's attention in an efficient manner, we are requesting that transfer of jurisdiction be accepted. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Kenneth D. Bell agreed to relinquish jurisdiction on September 11, 2025. It is respectfully requested that Jurisdiction be transferred to the District of Nevada. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

*[Digitally signed by Elijah Ray, Date: 2025.09.23 08:23:12 -07'00']*

Elijah J Ray
United States Probation Officer

Approved:

*[Digitally signed by Donnette Johnson, Date: 2025.09.16 16:03:37 -07'00']*

Donnette Johnson
Supervisory United States Probation Officer